[No. 2159-2.   Division Two.   January 29, 1976.]

ANNA FAY IRISH, ET AL, *Petitioners*, v. PIERCE COUNTY, ET AL, *Respondents.*

Certiorari to review a judgment of the Superior Court for Pierce County, No. 240501, William L. Brown, Jr., J., entered December 4, 1975. *Reversed* by unpublished opinion per Petrie, C. J., concurred in by Pearson and Reed, JJ.

[No. 1511-3.   Division Three.   January 30, 1976.]

MILES V. ROUDEBUSH, *Appellant*, v. CHARLES MORRIS, *as Secretary of the Department of Social and Health Services, Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 62916, Patrick McCabe, J., entered March 20, 1975. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 2976-1.   Division One.   February 2, 1976.]

THE CITY OF SEATTLE, *Respondent*, v. FRED GALENO, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, Nos. 66241, 66242, Ward Roney, J., entered March 29, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 1342-3.   Division Three.   February 3, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. REUBEN SOLOMON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 22613, William H. Williams, J., entered October 31, 1974. *Affirmed* by unpublished per curiam opinion.